No. 479. HALLIBURTON ET AL. v. HONOLULU OIL CORP. ET AL. December 19, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. A. W. Boyken* and *A. J. Hill* for Honolulu Oil Corp. et al. *Messrs. Frederick S. Lyon, Leonard S. Lyon, Henry S. Richmond,* and *William H. Davis* for Halliburton et al. Reported below: 98 F. 2d 436.

No. 478. GRAVES ET AL. v. NEW YORK EX REL. O'KEEFE. December 19, 1938. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. John J. Bennett,* Attorney General of New York, *Henry Epstein,* Solicitor General, *Joseph M. Mesnig,* and *Austin Tobin* for petitioners. *Messrs. Daniel McNamara, Jr.* and *Ernest K. Neumann* for respondent.

No. 528. UTAH FUEL CO. ET AL. v. NATIONAL BITUMINOUS COAL COMM'N ET AL. See *ante,* p. 575.

No. 486. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. METROPOLITAN EDISON Co.; and

No. 487. SAME v. PENNSYLVANIA WATER & POWER Co. January 3, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Jackson* for petitioner. No appearance for respondents. Reported below: 98 F. 2d 807, 812.

No. 491. STATE TAX COMMISSION ET AL. v. VAN COTT. January 3, 1939. Petition for writ of certiorari to the Supreme Court of Utah granted. *Messrs. Irwin Arno-*

*vitz, Joseph Chez,* Attorney General of Utah, *John D. Rice,* and *Alfred Klein* for petitioners. *Mr. W. Q. Van Cott, pro se.*

No. 482. DIMOCK, EXECUTOR, *v.* CORWIN, LATE COLLECTOR OF INTERNAL REVENUE. January 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE STONE took no part in the consideration and decision of this application. *Messrs. E. J. Dimock* and *J. D. Rawlings* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Edward J. Ennis* for respondent.

Nos. 492 and 493. GENERAL GAS & ELECTRIC CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 3, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Maurice Bower Saul* and *Francis J. Sweeney* for petitioner. *Solicitor General Jackson* for respondent.

No. 325. PALMER ET AL., TRUSTEES *v.* PALMER ET AL., TRUSTEES. See *ante,* p. 578.

No. 508. FEDERAL POWER COMMISSION *v.* PACIFIC POWER & LIGHT CO. ET AL. January 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Jackson* and *Mr. William C. Koplovitz* for petitioner. *Messrs. A. J. G. Priest, Sidman I. Barber,* and *Henry S. Gray* for respondents.